# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TERRY D. FABRICANT, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TOP FLITE FINANCIAL, INC., a Michigan corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:19-CV-12558-LJM-SDD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, TERRY D. FABRICANT, through his undersigned attorneys, hereby dismisses this action without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TERRY D. FABRICANT, individually and as the representative of a class of similarly-situated persons

　　　　　　　　　　　　　　　　　　s/ Ryan M. Kelly
　　　　　　　　　　　　　　　　　　Ryan M. Kelly
　　　　　　　　　　　　　　　　　　ANDERSON + WANCA
　　　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500
　　　　　　　　　　　　　　　　　　Rolling Meadows, IL  60008
　　　　　　　　　　　　　　　　　　Telephone: 847-368-1500
　　　　　　　　　　　　　　　　　　Fax: 847-368-1501
　　　　　　　　　　　　　　　　　　rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly