UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY D. FABRICANT,

    Plaintiff,

    V.

TOP FLITE FINANCIAL, INC.,

    Defendant.
_____/

CIVIL NO. 19-12558
HON. LAURIE J. MICHELSON

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal (ECF No. 12), this case is hereby DISMISSED WITHOUT PREJUDICE. *See* I, 1 F.3d 441, 445 (6th Cir. 1993) ("[A] Rule 41(a)(1) notice of dismissal is self-effectuating, leaving no basis upon which a District Court can prevent such a dismissal.").

SO ORDERED.

Dated: October 10, 2019

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 10, 2019.

s/Erica Karhoff
Case Manager